UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DALIT COHEN, *individually herself and on behalf of all others similarly situated*,

                  Plaintiff,

  - against -

SARAYA USA, INC., *a Utah Corporation*,

                  Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 23-8079 (NJC) (JMW)

A Memorandum and Order of Honorable Nusrat J. Choudhury, United States District Judge, having been filed on February 23, 2025; adopting the January 20, 2025 Report and Recommendation of United Sates Magistrate Judge James M. Wicks; granting Defendant's Motion to Dismiss the Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6); dismissing the Defendant's request to stay as moot; and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Dalit Cohen take nothing of Defendant Saraya USA, Inc.; that Defendant's Motion to Dismiss the Amended Complaint is granted; that Defendant's request to stay is denied as moot; and that this case is closed.

Dated:  February 26, 2025
         Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF COURT

                                    BY:    /S/ JAMES J. TORITTO
                                                    DEPUTY CLERK